UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WENDY ATKINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:17-cv-00504 |
| | ) Judge Trauger |
| HARPETH FINANCIAL SERVICES, LLC, MICHAEL HODGES, and TINA HODGES, | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures of counsel affixed below, all matters in controversy have been compromised and settled in this action. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that this action is dismissed with prejudice. The parties are responsible for their own costs.

This  9th  day of   June   , 2020.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY**:

**NEAL & HARWELL, PLC**

  /s/ James G. Thomas
Aubrey B. Harwell, Jr., TBPR No. 002559
James G. Thomas, TBPR No. 007028
Nathan C. Sanders, TBPR No. 033520
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
(615) 244-1713
aharwell@nealharwell.com
jthomas@nealharwell.com
nsanders@nealharwell.com

*Counsel for Defendants*


**BRANSTETTER, STRANCH & JENNINGS, PLLC**

  /s/ Karla M. Campbell
Karla M. Campbell, Esq.
The Freedom Center
223 Rosa L. Parks Avenue, Ste. 200
Nashville, Tennessee 37203
(615) 254-8801
karlac@bsjfirm.com

*Counsel for Plaintiff*